(No. 74-CC-625— ▮▮▮▮▮▮▮▮▮▮▮▮)

RHONA J. KINCAID, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed August 8, 1974.*

RHONA J. KINCAID, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

PER CURIAM.

▮▮▮▮▮▮▮▮

(No. 74-CC-683— ▮▮▮▮▮▮▮▮▮▮▮▮)

JAMES S. DILLION, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 8, 1974.*

JAMES S. DILLION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

PER CURIAM.